UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

TOMAS ALBERTO RODRIGUEZ,

        Plaintiff,                    **ECF CASE**

      v.

                                                  08 Civ. 00142 (BSJ)

ANDREA QUARANTILLO,

        Defendant.                 <u>NOTICE OF APPEARANCE</u>

------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          January 16, 2008

                                                    Respectfully submitted,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                    By:    /s/_____
                                                    KIRTI VAIDYA REDDY
                                                    Assistant United States Attorney
                                                    86 Chambers Street, 3rd Floor
                                                    New York, New York 10007
                                                    Telephone: (212) 637-2751
                                                    Facsimile: (212) 637-2786
                                                    Email: kirti.reddy@usdoj.gov

To:    Spiro Serras, Esq.
          Wilens & Baker, PC
          450 Seventh Avenue
          New York, NY 10123