ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

TOMAS ALBERTO RODRIGUEZ,

          Petitioner,

   -against-                                         : STIPULATION AND ORDER
:
ANDREA QUARANTILLO, District Director             : 08 Civ. 00142 (BSJ)
of Citizenship and Immigration Services,:
                                                   : (A#: 30 153 978)

          Respondent.
- - - - - - - - - - - - - - - - - - - -x

    IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
      February 4, 2008

                      By: _____
                           SPIRO SERRAS (SS232 SS)
                           Attorneys for Petitioner
                           Wilens & Baker, P.C.
                           450 Seventh Avenue
                           New York, NY 10123
                           Telephone No.: (212)695-0060

Dated: New York, New York
       February 4, 2008

>                    MICHAEL J. GARCIA
>                    United States Attorney for the
>                    Southern District of New York
>                    Attorney for Respondents
>
> By: *Kirti Vaidya Reddy*
>     KIRTI VAIDYA REDDY
>     Assistant United States Attorney
>     86 Chambers Street, 3rd Floor
>     New York, NY 10007
>     Telephone No.: (212) 637-2751

SO ORDERED:

*[signature]*
USDJ
2/6/08